| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Madhumita Chatterjee** <br> First Name    Middle Name    Last Name | Social Security number or ITIN   **xxx–xx–3494** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Northern District of Illinois** | | |
| Case number: **13–30890** | | |

# Order of Discharge                                                                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Madhumita Chatterjee
aka Maddie Chatterjee

If the trustee has filed and served a notice pursuant to Bankruptcy Rule 3002.1(f), and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

October 4, 2018                                                                **For the court:**    Jeffrey P. Allsteadt, Clerk
                                                                                                     United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 13-30890-PSH
Madhumita Chatterjee                                                    Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: mmiller               Page 1 of 2                  Date Rcvd: Oct 04, 2018
                              Form ID: 3180W              Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2018.
db             +Madhumita Chatterjee,    2314 Route 59, Unit 122,    Plainfield, IL 60586-7756
20848979       +Advanced Urology Associates,    1541 Riverboat Center Dr,    Joliet, IL 60431-9341
20848980       +Associated Anethesiologist of Joliet,    SC,   PO Box 936,    Bedford Park, IL 60499-0936
20824608      ++CARTER YOUNG INC,    882 N MAIN STREET,    SUITE 120,   CONYERS GA 30012-4442
                (address filed with court: Collectron Of Atlanta,     Attention: Bankruptcy,    Po Box 82269,
                  Conyers, GA 30013)
20824607      ++CHOICE RECOVERY INC,    1550 OLD HENDERSON ROAD,    STE 100,   COLUMBUS OH 43220-3662
                (address filed with court: Choice Recovery,    PO Box 20790,    Columbus, OH 43220)
20824611       +Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309-2468
20824612       +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
20848982       +Fred Morelli,    Brookfield, IL 60513
20824613       +Goldstein & Associates,    Judy A. Goldstein,    19235 S. Wolf Road,    Mokena, IL 60448-2062
20848977       +Illinois State Disburstment Unit,    PO Box 5921,    Carol Stream, IL 60197-5921
21069084       +Judy Goldstein,    19325 S. Wolf Rd.,   Mokena, IL 60448-1172
20848976       +Kevin Maroney,    27705 W Drake, Unit 327,    Channahon, IL 60410-8695
20824618       +Pentagroup Financial,    5959 Corporate Drive,    Suite 1400,    Houston, TX 77036-2311
20848981       +Provena Saint Joseph Medical Center,    1643 Lewis Ave, Ste 203,    Billings, MT 59102-4151
20824619        Rent Recover LLC,    729 N Route 83 Suite 32,    Bensenville, IL 60106
20824620       +Sandra Burns,    348 Lathrop Avenue,   River Forest, IL 60305-2122
21268618       +Sandra K Burns,    Law Offices of Sandra K. Burns, Ltd.,     348 Lathrop Avenue,
                  River Forest, IL 60305-2122
20848978       +State of IL: Dept of Revenue,    PO Box 19006,    Springfield, IL 62794-9006
20824621       +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
20824623       +US Department of Education,    400 Maryland Avenue, SW,    Washington, DC 20202-0001
20824622       +US Department of Education,    Po Box 530260,    Atlanta, GA 30353-0260
20824625       +US Department of Education,    Capitol Place,    555 New Jersey Ave, NW,
                  Washington, DC 20208-0003
20824624       +US Department of Education,    Potomac Center Plaza (PCP),    550 12th Street, SW,
                  Washington, DC 20202-0031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20824605       +EDI: BECKLEE.COM Oct 05 2018 05:03:00      American Express *,    c/o Becket & Lee,
                 P.O. Box 3001,    Malvern, PA 19355-0701
20838576        EDI: AIS.COM Oct 05 2018 05:03:00      American InfoSource LP as agent for,     Presence Health,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
20824606       +EDI: CHASE.COM Oct 05 2018 05:04:00      Chase *,    ATTN: Bankruptcy Department,
                 P.O. Box 15298,    Wilmington, DE 19850-5298
20824609       +EDI: NAVIENTFKASMDOE.COM Oct 05 2018 05:04:00      Department of Education / Sallie Mae,
                 Po Box 9635,    Wilkes Barre, PA 18773-9635
20824616        EDI: IRS.COM Oct 05 2018 05:04:00      Department of the Treasury,    IRS,    PO Box 7346,
                 Philadelphia, PA 19101-7346
21057987       +EDI: ECMC.COM Oct 05 2018 05:03:00      ECMC,    PO BOX 16408,    ST PAUL, MN 55116-0408
20824610       +EDI: ECMC.COM Oct 05 2018 05:03:00      Ecmc,    1 Imation Place,    Oakdale, MN 55128-3422
21424327       +E-mail/Text: rev.bankruptcy@illinois.gov Oct 05 2018 01:12:52
                 Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                 Chicago, IL 60664-0291
21816494        EDI: NAVIENTFKASMSERV.COM Oct 05 2018 05:03:00      Sallie Mae,    PO Box 9640,
                 Wilkes-Barre, PA 18773-9640
21265583       +EDI: NAVIENTFKASMSERV.COM Oct 05 2018 05:03:00      Sallie Mae Ed Trust,    c/o Sallie Mae Inc.,
                 220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
                                                                                                TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20824617*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,     Federal Payment Levy Program,
                  Stop 5050, Annex 5, PO Box 219236,    Kansas City, MO 64121)
20824615*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,     P.O. Box 802503,    Cincinnati, OH 45280)
20824614*       Internal Revenue Service,    Po Box 7346,    Philadelphia, PA 19101-7346
20848975      ##+Madhabi Chatterjee,    7525 Kock Rd,    Charlotte, NC 28227-4210
21245354      ##Mosteller Mansion Apartments,    Carter-Young Inc,    1500 Klondike Rd, Ste A-210,
                 Conyers, GA 30094-5116
                                                                                   TOTALS: 0, * 3, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: mmiller              Page 2 of 2              Date Rcvd: Oct 04, 2018
                              Form ID: 3180W             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2018 at the address(es) listed below:

```
              Glenn B Stearns    mcguckin_m@lisle13.com
              Joseph S Davidson    on behalf of Debtor 1 Madhumita  Chatterjee jdavidson@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@g
               mail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com;cjohnson@sulaimanlaw.com
              Mohammed O Badwan    on behalf of Debtor 1 Madhumita  Chatterjee mbadwan@sulaimanlaw.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.co
               m;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com
              Nathan C Volheim    on behalf of Debtor 1 Madhumita  Chatterjee nvolheim@sulaimanlaw.com,
               sulaiman.igotnotices@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaima
               nlaw.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Timothy A. Clark    on behalf of Creditor Judy A Goldstein tclark@mcgrathandclarklaw.com,
               bonnie@mcgrathandclarklaw.com
                                                                                             TOTAL: 6
```